# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AARON KERSHAW,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES HARRISON, Warden,<br><br>　　　　　　Respondent.<br>_____/ | CV F   06-1180 OWW DLB HC<br><br>ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE REMOVED FROM ACTION |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition for writ of habeas corpus on August 31, 2006, by and through Conrad Petermann, Esq.  On September 8, 2006, a notice was sent to Mr. Petermann by the Clerk's Office informing him that he was not admitted to practice in the Eastern District of California.  Counsel was directed to complete the enclosed petition for admission and ECF registration and return within ten days, or provide a copy of any admittance certificate.  (*See* Court Doc. 4.)  Mr. Petermann has failed to comply or otherwise respond to the Court's direction.  Accordingly, counsel will be ordered to show cause why he should not be removed from counsel as record in this case for failure to register or submit an admittance certificate with this Court.  (*See* Local Rule 83-180.)

　　　　Based on the foregoing, it is HEREBY ORDERED that:

　　　　1.　　　Within thirty (30) days from the date of service of this order, Mr. Petermann shall

1             show cause why he should not be removed from this action as counsel of record
2             for failure to register or submit an admittance certificate;
3      2.    Failure of counsel to respond to this order will result in his removal of counsel as
4             record; and
5      3.    The Clerk of Court is directed to serve a courtesy copy of this order on Petitioner,
6             Joshua A. Kershaw, P-81317, C-3, 132 at:
7             44750 60th Street West
8             Lancaster, CA 93539-8457

   IT IS SO ORDERED.

   Dated:   **November 8, 2006**                  **/s/ Dennis L. Beck**
   3b142a                                         UNITED STATES MAGISTRATE JUDGE

2