# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AARON KERSHAW,           Petitioner,      v.<br><br>CHARLES HARRISON, Warden,           Respondent. | CV F   06-1180 OWW DLB HC<br><br>ORDER VACATING ORDER TO SHOW CAUSE<br><br>[Doc. 6.] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On September 8, 2006, a notice was sent to attorney Condrad Petermann informing him that he was not admitted to practice in the Eastern District of California.  (Court Doc. 4.)  Counsel was directed to complete the enclosed petition for admission and ECF registration and return within ten days, or provide a copy of any admittance certificate.  (Id.)  On November 8, 2006, the Court issued an order to show cause why attorney Conrad Petermann should not be removed from the action as counsel of record for failure to reg. (Court Doc. 6.)  It is come to the Court's attention that Mr. Petermann in fact submitted his petition for admission and registration on September 21, 2006.  Accordingly, the Court's November 8, 2006, is HEREBY VACATED.

    IT IS SO ORDERED.

**Dated:   December 8, 2006**                                  **/s/ Dennis L. Beck**
3b142a                                                                                    UNITED STATES MAGISTRATE JUDGE

1