UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA AARON KERSHAW, | ) | 1:06-CV-1180 OWW DLB HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE (DOCUMENT #10) |
| CHARLES HARRISON, Warden, | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 20, 2007, respondent filed an application/ motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted thirty days from the date of service of this order in which to file a response.

    IT IS SO ORDERED.

Dated: **February 26, 2007**             **/s/ Dennis L. Beck**
23ehd0                                              UNITED STATES MAGISTRATE JUDGE