UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA AARON KERSHAW, | ) | 1:06-CV-1180 OWW DLB HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING PETITIONER TO |
| | ) | INFORM THE COURT WHETHER HE WILL |
| v. | ) | CONSENT TO MAGISTRATE JUDGE |
| | ) | JURISDICTION |
| CHARLES HARRISON, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

On August 31, 2006, petitioner filed a petition for writ of habeas corpus, and the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge Jurisdiction. Petitioner has not returned the consent/decline form. At this time, the court shall require petitioner to complete a consent/decline form and return it to the court.

Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30)

1 days.  Failure to follow this order will result in a recommendation that this action be dismissed
2 pursuant to Local Rule 11-110.
3        The Clerk of the Court is DIRECTED to send to petitioner another copy of the
4 consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.
5        IT IS SO ORDERED.
6        Dated:   March 14, 2007                 /s/ Dennis L. Beck
  23ehd0                                      UNITED STATES MAGISTRATE JUDGE