# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA AARON KERSHAW, | CV F  06-1180 DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF STATE COURT TRANSCRIPTS |
| v. | |
| CHARLES HARRISON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Conrad Petermann, Esq.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

The case is currently ready for review on the merits, as Respondent filed an answer to the petition on March 30, 2007, and Petitioner filed a traverse on April 12, 2007.  (Court Docs. 15, 18.)

In his answer, Respondent refers to the transcripts of the state court's sentencing hearing as ART 22-25 (Answer, at 22); however, the Court did not receive a copy of those transcripts.  Accordingly, within **five (5)** court days from the date of service of this order, Respondent shall submit a copy of the state court transcripts containing the trial court's sentencing hearing.

IT IS SO ORDERED.

Dated:   **January 7, 2008**              /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1