1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT FOR THE
9                          EASTERN DISTRICT OF CALIFORNIA
10
11   JOSHUA  AARON KERSHAW,              1:06-cv-01180-DLB (HC)
12                                       ORDER DISREGARDING
                 Petitioner,             MOTION FOR CERTIFICATE OF
13                                       APPEALABILITY AS MOOT
     vs.
14                                       (DOCUMENT #29)
     CHARLES HARRISON,
15
                 Respondent.
16
     _____/
17
            Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.
18
     Section 2254.
19
            On February 6, 2008, petitioner filed a motion for certificate of APPEALABILITY.  Due
20
     to the fact that the court declined to issue a certificate of appealability in the present case on
21
     January 28, 2008,  IT IS HEREBY ORDERED THAT petitioner's motion for certificate of
22
     appealability  is DISREGARDED AS MOOT.
23
24
            IT IS SO ORDERED.
25
       Dated:    February 8, 2008          _____ /s/ Dennis L. Beck_____
26                                         UNITED STATES MAGISTRATE JUDGE
27
28